# Exhibit 6

**From:** Kelly Brown (via Google Docs) <span style="background:black">████████████████████</span>
**Date:** Thursday, December 21, 2023 at 2:52 PM
**To:** Mark Kresser <span style="background:black">██████████████</span>
**Cc:** <span style="background:black">████████████████████████████</span>
**Subject:** Document shared with you: "Kelly's Weekly/Month Responsibilites to Pass Off"

## Kelly Brown from shared this document

Kelly Brown (████████████████) added you as an editor. Verify your email to securely make edits to this document. You will need to verify your email every 7 days. [Learn more](#)

Mark,

I'm working on my list of responsibilites I covered as Vice President. I'm hoping that with this list, you'll be able to oversee that these items remain intact so that our team is held accountable for their duties, even though I will be leaving the company.

I'll continue to update this... I sincerely believe in infrastructure we've built and the progress we've made... I hope this helps you - and whomever can assist you - keep on top of it all.

Best,
Kelly

Kelly's Weekly/Month Responsibilites to Pass Off

**Exhibit 20**



This email grants access to this item without logging in. Only forward it to people you trust.



Open

Use is subject to the Google **Privacy Policy**.

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because **kyazdibrown@gmail.com** shared a document with you from Google Docs. **Delete visitor session**

Google Workspace