IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZACHRY ALEXANDER BROWN, and ZAC BROWN COLLECTIVE, INC., <br><br> Plaintiffs, <br><br> v. <br><br><br> KELLY YAZDI, <br><br> Defendant. | Civil Action No. 1:24-CV-2203 |

**PLAINTIFFS' MOTION FOR ENTRY OF ORDER PERMITTING CERTAIN INDIVIDUAL TO BRING ELECTRONIC DEVICES AND OTHER EQUIPMENT INTO THE COURTHOUSE**

Pursuant to Northern District of Georgia Local Rule 83.4, and this Court's Standing Order Rule I(m), Zachry Alexander Brown and Zac Brown Collective, Inc. ("Plaintiffs") inadvertently moved for an order permitting Brad Beckerman to bring electronic devices and other equipment into Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309, for a Pre-Trial Conference on Thursday, September 4, 2025 at 1:30 p.m (Docket No. 111). The correct spelling of the individual's name is Bradley E. Beckworth, Counsel for Plaintiffs. Thus, Plaintiffs

1

move for a revised order with the correct spelling of the individual below.

| Individual | Role | Electronic Equipment |
|---|---|---|
| Bradley E. Beckworth | Counsel for Plaintiffs | Cell phone, tablet computer, laptop computer |

The above-named individual will be assisting with Plaintiffs' case and will need to make use of the identified electronic devices to effectively do so. He will abide by the Court's orders and rules, as well as any and all directives by Courthouse security personnel regarding the use of the electronic devices while in the Courthouse, including within the Courtroom itself.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order permitting the above-identified individual to bring the listed electronic equipment into Courtroom 1705 during the September 4, 2025 Conference.

Respectfully submitted this 3rd day of September, 2025.

/s/ Brandon R. Keel

David L. Balser
Georgia Bar No. 035835
Brandon R. Keel
Georgia Bar No. 300303
Mandi Youngblood
Georgia Bar No. 643117
Peter E. Diaz
Georgia Bar No. 362665

2

KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
dbalser@kslaw.com
bkeel@kslaw.com
myoungblood@kslaw.com
pdiaz@kslaw.com

Bradley E. Beckworth (*pro hac vice*)
Christina Yarnell (*pro hac vice pending*)
Lloyd Nolan Duck, III (*pro hac vice*)
NIX PATTERSON, LLP
8701 Bee Cave Road
Seven Oaks East, Ste 500
Austin, TX 78746
bbeckworth@nixlaw.com
cyarnell@nixlaw.com
tduck@nixlaw.com

*Counsel for Plaintiffs*
*Zachry Alexander Brown*
*and Zac Brown Collective, Inc.*

## LOCAL RULE 7.1 COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1(B).

*/s/ Brandon R. Keel*
Brandon R. Keel
Georgia Bar No. 300303

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZACHRY ALEXANDER BROWN, and ZAC BROWN COLLECTIVE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KELLY YAZDI, <br><br> Defendant. | Civil Action No. 1:24-CV-2203-WMR |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed with the Court's CM/ECF system, which will serve all counsel of record.

This 3rd day of September, 2025.

                                                    */s/ Brandon R. Keel*
                                                    Brandon R. Keel
                                                    Georgia Bar No. 300303