**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ZACHRY ALEXANDER BROWN, and
ZAC BROWN COLLECTIVE, INC.,

Plaintiffs,

v.

KELLY YAZDI,

Defendant.

Civil Action No. 1:24-CV-2203

# PLAINTIFFS' NOTICE OF CROSS-APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3, Plaintiffs Zachry Alexander Brown and Zac Brown Collective, Inc. (together, "Plaintiffs"), by and through undersigned counsel, hereby cross-appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's August 6, 2025 Order on the Motion for Summary Judgment filed by Defendant Kelly Yazdi ("Defendant") [Doc. 101], insofar as the Order granted the Motion for Summary Judgment as to the enforceability of Ms. Yazdi's Confidentiality Agreement [Doc. 56-5].

Specifically, Plaintiffs appeal only from that portion of the Court's August 6, 2025 Order that granted summary judgment in favor of Defendant and held that the Confidentiality Agreement was unenforceable, including all rulings, findings, and

conclusions underlying or supporting that determination.

This Notice of Cross-Appeal is timely because it is filed within 30 days of the Court's September 1, 2026 Order denying Defendant's Motion for Clarification or, in the alternative, to Modify or Stay the Permanent Injunction Pending Appeal [Doc. 152], which tolled the time for appeal under Federal Rule of Appellate Procedure 4(a)(4)(A). *See* Doc. 146 (stating that the motion "is properly construed as a timely tolling motion" and "[a]ll appeal deadlines are suspended pending the district court's entry of an order disposing of the motion").

Dated: September 30, 2026

*/s/ David L. Balser*

David L. Balser
Georgia Bar No. 035835
Brandon R. Keel
Georgia Bar No. 300303
Mandi Youngblood
Georgia Bar No. 643117
Peter E. Diaz
Georgia Bar No. 362665
**KING & SPALDING LLP**
1180 Peachtree Street
Atlanta, Georgia 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
dbalser@kslaw.com
bkeel@kslaw.com
myoungblood@kslaw.com
pdiaz@kslaw.com

Brad Beckworth (*pro hac vice*)
Christina Yarnell (*pro hac vice*)
**NIX PATTERSON, LLP**
8701 Bee Cave Road
Seven Oaks East, Ste 500
Austin, TX 78746
bbeckworth@nixlaw.com
cyarnell@nixlaw.com

*Counsel for Plaintiffs*
*Zachry Alexander Brown and*
*Zac Brown Collective, Inc.*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1(B).

*/s/ David L. Balser*
David L. Balser
Georgia Bar No. 035835

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this day a copy of the foregoing was filed with the Court's CM/ECF system, which will serve all counsel of record.

This 30th day of September, 2026.

*/s/ David L. Balser*
David L. Balser
Georgia Bar No. 035835